1  Regina Silva, Esq. (Bar No. 173573)
2  Orlando Arellano, Esq. (Bar No. 234073)
   TYSON & MENDES LLP
3  1055 West 7th Street, Suite 2500
   Los Angeles, CA  90017
4  Telephone: (213) 745-8600
   Fax: (213) 745/8604
5  Attorneys for Defendant ELKHORN PACKING CO. LLC

6  Geoffrey F. Gega, Esq.  (Bar No. 91980)
7  LAW OFFICES OF GEOFFREY F. GEGA
   1851 East First Street, Suite 900
8  Santa Ana, CA 92705-4066
   Telephone: 714-542-1883
9  Fax: (714) 542-1009

10 Attorney for Defendant D'ARRIGO BROS. CO., OF CALIFORNIA

11

12              UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF CALIFORNIA
13                  SAN FRANCISCO DIVISION

14

15 | DARIO MARTINEZ-GONZALES, | ) Case No.  3:18-cv-05226-EMC
16 | on behalf of himself and other | ) [Complaint Filed: July 27, 2018]
   | aggrieved employees, | ) Assigned for all purposes to:
17 | | ) Hon. Judge Edward M. Chen
18 | Plaintiff, | ) **DEFENDANTS' JOINT NOTICE**
19 | | ) **OF APPEAL AND NOTICE OF**
   | v. | ) **RELATED CASES;**
20 | | ) **REPRESENTATION STATEMENT**
21 | ELKHORN PACKING CO., LLC, | )
   | D'ARRIGO BROS. CO., OF | ) Trial Date:   Not Set
22 | CALIFORNIA, and DOES 1-20, | )
   | INCLUSIVE, | )
23 | | )
24 | Defendants. | )

# NOTICE OF APPEAL

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Notice is hereby given that Defendants Elkhorn Packing Co. LLC and D'Arrigo Bros. Co. of California ("Defendants") hereby jointly appeal to the United States Court of Appeals for the Ninth Circuit from this Court's Order denying Defendants' Motion to Compel Arbitration. The Order was entered in this action on October 29, 2019.

# NOTICE OF RELATED CASES

There are no known related cases currently pending before the Ninth Circuit.

Respectfully submitted,

Dated: November 13, 2019    TYSON & MENDES LLP

By: *Orlando Arellano*
Regina Silva, Esq.
Orlando Arellano, Esq.
Attorneys for Defendant ELKHORN PACKING CO. LLC

Dated: November 13, 2019    LAW OFFICES OF GEOFFREY F. GEGA

By:_____
Geoffrey F. Gega
Attorney for Defendant D'ARRIGO BROS. CO., OF CALIFORNIA

# ECF ATTESTATION

In accordance with Civil Local Rule 5(i)(3), I, Orlando Arellano, attest that I have obtained concurrence in the filing of this document from the other signatory listed here.

**REPRESENTATION STATEMENT**

Regina Silva and Orlando Arellano of Tyson & Mendes LLP represent Defendant-Appellant Elkhorn Packing Co. LLC and no other party.  Geoffrey Gega of the Law Offices of Geoffrey Gega represents Defendant-Appellant D'Arrigo Bros. Co. of California and no other party.

Attached is a service list that shows all parties to the action and identifies their counsel by name, firm, address and telephone number as required by Federal Rule of Appellant Procedure 12(b) and Ninth Circuit Rule 3-2(b).

## **SERVICE LIST**

Attorneys for Plaintiff Dario Martinez-Gonzalez:

Ana Vicente, SBN 309958
Josephine Weinberg, SBN 274950
CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
3 Williams Road
Salinas, CA 93950
Telephone: (831) 757-5221
avicente@crla.org
jweinberg@crla.org

Estella M. Cisneros, SBN 287733
CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
3747 E. Shields Ave.
Fresno, CA 93726
Telephone: (559) 441-8721
ecisneros@crla.org

Karla Gilbride, SBN 264118
PUBLIC JUSTICE
1620 L Street NW, Suite 630,
Washington, DC 20036
Telephone: (202) 797-8600
Kgilbride@publicjustice.net

Attorneys for Defendant Elkhorn Packing Co. LLC:

Regina Silva, Esq. (Bar No. 173573)
rsilva@tysonmendes.com
Orlando Arellano, Esq. (Bar No. 234073)
oarellano@tysonmendes.com
TYSON & MENDES LLP
1055 West 7th Street, Suite 2500
Los Angeles, CA  90017
Telephone: (213) 745-8600

(See next page for additional counsel)

Attorneys for Defendant D'Arrigo Bros. Co.:

Geoffrey F. Gega, Esq.  (Bar No. 91980)
ggega@gegalaw.com
LAW OFFICES OF GEOFFREY F. GEGA
1851 East First Street, Suite 900
Santa Ana, CA 92705-4066
Telephone: 714-542-1883