# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** February 6, 2020     **Time:** 2:07-2:58= 51 Minutes     **Judge:** EDWARD M. CHEN

**Case No.**: 18-cv-05226-EMC     **Case Name:** Martinez-Gonzalez v. Elkhorn Packing Co., LLC et al

**Attorneys for Plaintiff:** Ana Vicente De Castro, Karla Gilbride
**Attorneys for Defendant:** Regina Silva, Geoffrey Gega

**Deputy Clerk:** Angella Meuleman     **Court Reporter:** Belle Ball

## PROCEEDINGS

[74] Motion to Stay held.

## SUMMARY

Parties stated appearances and proffered argument.

Parties to meet and confer to establish a discovery plan for the next six months that will preserve the evidence at issue in this case.

Court takes matter under submission.