1 | C. Dennise Silva, SBN 340607
Josephine Weinberg, SBN 274950
2 | CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
3 Williams Road
3 | Salinas, CA 93950
Telephone: (831) 757-5221
4 | Facsimile: (831) 757-6212
dsilva@crla.org
5 | jweinberg@crla.org

6 | Anali Cortez Bulosan, SBN 307692
CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
7 | 3747 E. Shields Ave.
Fresno, CA 93726
8 | Telephone: (559) 441-8721
Facsimile: (559) 441-0724
9 | acortez@crla.org

10 | Steven M. Tindall, SBN 187862
Jeffrey Kosbie, SBN 305424
11 | Gibbs Mura LLP
1111 Broadway, Ste. 2100
12 | Oakland, CA 94607
Telephone: (510) 350-9700
13 | smt@classlawgroup.com
jbk@classlawgroup.com

*Attorneys for Plaintiff*
15 | DARIO MARTINEZ-GONZALEZ

16 | *[Additional counsel listed on next page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARIO MARTINEZ-GONZALEZ, on behalf of himself and other aggrieved employees,<br><br>Plaintiff,<br><br>v.<br><br>ELKHORN PACKING CO., LLC.; D'ARRIGO BROS. CO., OF CALIFORNIA; and DOES 1-20, inclusive,<br><br>Defendant. | Case No. 3:18-cv-05226-EMC<br><br>**JOINT STIPULATION TO CONTINUE STATUS CONFERENCE SET FOR JULY 15, 2025, AND FILING DEADLINE OF JOINT STATUS REPORT**<br><br>Judge: Hon. Edward N. Chen<br>Complaint filed: July 27, 2018<br>Trial Date: None Set |

1  Regina Silva, Bar No. 173573
   rsilva@littler.com
2  LITTLER MENDELSON, P.C.
   501 W. Broadway, Suite 900
3  San Diego, California 92101.3577
   Telephone:    619.232.0441
4  Facsimile:    619.232.4302

5  *Attorneys for Defendant*
   ELKHORN PACKING CO. LLC
6

7
   Geoffrey F. Gega, Esq.  (Bar No. 91980)
8  Law Offices of Geoffrey F. Gega
   1851 East First Street, Suite 1050
9  Santa Ana, CA 92705-4054
   Telephone: 714.542.1883
10

11 *Attorneys for Defendant*
   D'ARRIGO BROS. CO., OF CALIFORNIA
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

JOINT STIPULATION TO CONTINUE STATUS CONFERENCE SET FOR JULY 15, 2025, AND FILING
DEADLINE OF JOINT STATUS REPORT

1    IT IS HEREBY STIPULATED by and between Plaintiff DARIO MARTINEZ-GONZALEZ ("Plaintiff") and Defendants ELKHORN PACKING CO., LLC. and D'ARRIGO BROS. CO., OF CALIFORNIA ("Defendants") (collectively, the "Parties") by and through their counsel of record as follows:

WHEREAS, this matter had been stayed pending the completion of Arbitration of Plaintiff's individual claims before AAA.

WHEREAS, Plaintiff and Defendant Elkhorn Packing recently settled Plaintiff's individual claims pending in Arbitration, which was communicated to this Court.

WHEREAS, on Monday, June 16, 2025, the Clerk issued a Notice Scheduling Status Conference for July 15, 2025, at 2:30 p.m., with a Joint Status Report filing deadline of July 8, 2025.

WHEREAS, Defendant Elkhorn Packing's attorney (Regina Silva), who has represented Elkhorn Packing since the inception of this case, promptly advised all of the Parties that she is currently scheduled to be on vacation out of the country from June 30, 2025, and returning to the office on July 16, 2025.

WHEREAS, in light of the scheduling conflict of Ms. Silva, Plaintiff and counsel for D'Arrigo Bros. have agreed to stipulate, subject to the Court's approval, to a short continuance of the Status Conference set for July 15, 2025, and the deadline to file the Joint Status Report.

WHEREAS, the Parties have agreed, subject to the Court's approval, to continue the Status Conference to Tuesday, July 29, 2025, at 2:30 p.m., or a date thereafter that is convenient to the Court, with a Joint Status Report deadline of July 21, 2025.

//
//
//
//
//
//
//
//

|   |   |
|---|---|
| 1 | Therefore, it is agreed and stipulated between all Parties, subject to the Court's approval, that the Status Conference currently set for July 15, 2025, be continued to July 29, 2025 at 2:30 p.m., or a date thereafter that is convenient to the Court. The Parties further agree and stipulate that the date for their filing of a Joint Status Report also be extended and shall be due on or before Monday, July 21, 2025 (or if the Court sets the Status Conference later than July 29, 2025 then the Joint Status Report shall be due seven (7) days before that Status Conference date). |

Therefore, it is agreed and stipulated between all Parties, subject to the Court's approval, that the Status Conference currently set for July 15, 2025, be continued to July 29, 2025 at 2:30 p.m., or a date thereafter that is convenient to the Court. The Parties further agree and stipulate that the date for their filing of a Joint Status Report also be extended and shall be due on or before Monday, July 21, 2025 (or if the Court sets the Status Conference later than July 29, 2025 then the Joint Status Report shall be due seven (7) days before that Status Conference date).

**IT IS SO STIPULATED.**

CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
GIBBS MURA LLP

Dated: June 23, 2025      */s/ Anali Cortez Bulosan*
C. Dennise Silva
Josephine Weinberg
Anali Cortez Bulosan
Steven M. Tindall
Jeffrey Kosbie

Attorneys for Plaintiff
DARIO MARTINEZ-GONZALEZ

LITTLER MENDELSON P.C.

Dated: June 23, 2025      */s/ Regina Silva*
Regina Silva, Esq.

Attorneys for Defendant
ELKHORN PACKING CO., LLC.

LAW OFFICES OF GEOFFREY F. GEGA

Dated: June 23, 2025      */s/ Geoffrey f. Gega*
Geoffrey F. Gega, Esq.

Attorneys for Defendant
D'ARRIGO BROS. CO., OF CALIFORNIA

**FILER ATTESTATION**

Pursuant to Local Rule 5-1 (i)(3) I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

/s/ *Regina Silva*
Regina Silva

4912-2308-6416