Regina Silva, Bar No. 173573
rsilva@littler.com
LITTLER MENDELSON, P.C.
501 W. Broadway, Suite 900
San Diego, California 92101.3577
Telephone:  619.232.0441
Facsimile:   619.232.4302

*Attorneys for Defendant*
ELKHORN PACKING CO. LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARIO MARTINEZ-GONZALEZ, on behalf of himself and other aggrieved employees,<br><br>Plaintiff,<br><br>v.<br><br>ELKHORN PACKING CO., LLC.; D'ARRIGO BROS. CO., OF CALIFORNIA; and DOES 1-20, inclusive,<br><br>Defendant. | Case No.  3:18-cv-05226-EMC<br><br>**[PROPOSED] ORDER GRANTING CONTINUANCE OF STATUS CONFERENCE SET FOR JULY 15, 2025, AND FILING DEADLINE OF JOINT STATUS REPORT**<br><br>Judge:  Hon. Edward N. Chen<br>Complaint filed:  July 27, 2018<br>Trial Date:  None Set |

LITTLER MENDELSON, P.C.
501 W. Broadway, Suite 900
San Diego, CA  92101.3577
619.232.0441

[PROPOSED] ORDER GRANTING CONTINUANCE OF STATUS CONFERENCE SET FOR JULY 15, 2025, AND FILING DEADLINE OF JOINT STATUS REPORT

# [PROPOSED] ORDER

Having read and considered the Parties Joint Stipulation to Continue the Status Conference Set for July 15, 2025, and Filing Deadline of Joint Status Report, the Court hereby grants the Stipulation and hereby ORDERS that the Status Conference date is continued to _____ at _____ p.m., and the Parties shall file their Joint Status Report no later than _____.

**IT IS SO ORDERED.**

Dated: _____

                                                                    Senior District Judge Edward M. Chen

4900-1150-8303

LITTLER MENDELSON, P.C.
501 W. Broadway, Suite 900
San Diego, CA 92101.3577
619.232.0441

[PROPOSED] ORDER GRANTING CONTINUANCE OF STATUS CONFERENCE SET FOR JULY 15, 2025, AND FILING DEADLINE OF JOINT STATUS REPORT