UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

www.cand.uscourts.gov

Mark B. Busby                                                                                                 General Court Number
Clerk of Court                                                                                                       415-522-2000

September 2, 2025

Superior Court, County of Monterey
Monterey County Courts,
1200 Aguajito Road,
Monterey, CA 93940

RE:  Dario Martinez-Gonzalez v.  Elkhorn Packing Co., LLC, et al.
     3:18-cv-05226-EMC

Your Case Number:  18-002834

Dear Clerk,

  Pursuant to an order remanding the above captioned case to your court, please find enclosed a certified copy of docket entries and the remand order.

  Please send an acknowledgement of receipt of these documents to 6docketing@cand.uscourts.gov.

Sincerely,

Mark B. Busby, Clerk

by:  Elizabeth Garcia
Data Quality Specialist